# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**GABRIEL GONZALEZ,**                                                   **PLAINTIFF**
**REG. #30515-112**

v.                 **CASE NO. 2:18-CV-00091 BSM**

**GENE BEASLEY, et al.**                                                **DEFENDANTS**

## ORDER

A partial recommended disposition ("recommendation") [Doc. No. 15] filed by United States Magistrate Judge Jerome T. Kearney has been received. Plaintiff Gabriel Gonzalez filed an objection [Doc. No. 16] but does not oppose dismissal of defendant Gene Beasley. After de novo review of the record, the recommendation is adopted. Defendant Beasley is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of October 2018.

                                                                   UNITED STATES DISTRICT JUDGE