IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GABRIEL GONZALEZ,  PLAINTIFF
REG. #30515-112

v.  CASE NO. 2:18-CV-00091 BSM

GENE BEASLEY, et al.  DEFENDANTS

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 50] is adopted, and the plaintiff's motions [Doc. Nos. 31, 40] are denied.

IT IS SO ORDERED this 15th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE