IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**GABRIEL GONZALEZ,**                                                             **PLAINTIFF**
**REG. #30515-112**

**v.**                      **CASE NO. 2:18-CV-00091 BSM**

**GENE BEASLEY, et al.**                                              **DEFENDANTS**

**ORDER**

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 56] is adopted, and the defendants' motion to dismiss [Doc. No. 42] is construed as a motion for summary judgment and is granted. Defendants Gaither-Miller and Kruger are dismissed without prejudice, defendants Beasley and Rivera are dismissed with prejudice, and this case is dismissed.

IT IS SO ORDERED this 8th day of May 2019.

                                                                           /s/ Brian S. Miller
                                                             UNITED STATES DISTRICT JUDGE