# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 06, 2020

Gabriel Gonzalez
FEDERAL CORRECTIONAL INSTITUTION
30515-112
P.O. Box 9000
Forrest City, AR  72336-9000

      RE:  19-2683  Gabriel Gonzalez v. Gene Beasley, et al

Dear Mr. Gonzalez:

      The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant, for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

      Michael E. Gans
      Clerk of Court

CRJ

Enclosure(s)

cc:    Ms. Stacey E. McCord
       Mr. Jim McCormack

      District Court/Agency Case Number(s):  2:18-cv-00091-BSM

# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2683
_____

Gabriel Gonzalez

*Plaintiff - Appellant*

v.

Gene Beasley, Warden, Forrest City Low; Carlos Rivera, Warden, Forrest City Low; Susan Gaither-Miller, Associate Warden's Secretary, Forrest City Low; Michael Kruger, Assistant Health Services Administrator; Does

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: March 3, 2020
Filed: March 6, 2020
[Unpublished]

_____

Before LOKEN, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Gabriel Gonzalez appeals the district court's[1] adverse grant of summary judgment in his pro se civil rights action. Having carefully reviewed the record and the arguments on appeal, we conclude that summary judgment was properly granted for the reasons stated by the district court. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

---

[1] The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, March 6, 2020 8:32 AM |
| **Subject:** | 19-2683 Gabriel Gonzalez v. Gene Beasley, et al "per curiam opinion filed" (2:18-cv-00091-BSM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 03/06/2020

| | |
|---|---|
| **Case Name:** | Gabriel Gonzalez v. Gene Beasley, et al |
| **Case Number:** | 19-2683 |
| **Document(s):** | Document(s) |

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: James B. Loken, C. Arlen Beam and Steven M. Colloton (UNPUBLISHED) [4888604] [19-2683] (Clifford Jackson)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

Ms. Stacey E. McCord, Assistant U.S. Attorney: stacey.mccord@usdoj.gov, vanessa.collins@usdoj.gov, maria.altadonna@usdoj.gov (*daily summary*)

**Notice will be mailed to:**

Gabriel Gonzalez
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Forrest City, AR 72336-9000

The following document(s) are associated with this transaction:
**Document Description:** Counsel Opinion Letter
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_192683_4888604_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/06/2020] [FileNumber=4888604-1]
[a3facb80269d9d0ea6e37304a177c7467a8ba8c2821e5982fd5c20d6b1635ece5195ab3df8deddce21da2b119c19171d46
68e9c0d26a4c33a7d369550c252ed3]]
**Recipients:**

- [Gabriel Gonzalez](#)
- [Ms. Stacey E. McCord, Assistant U.S. Attorney](#)
- [Mr. Jim McCormack, Clerk of Court](#)

**Document Description:** Unpublished PC Opinion
**Original Filename:** 192683U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/06/2020] [FileNumber=4888604-0]
[8db8fd54986e3853ad5da1be55d6c56624431174a794a15d623cc892ec3b96889fa4f5d45dda240d830f60ab4fe15d7760c8e02e7cd794f7fec2d7c7eafa5662]]

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4888604
**RELIEF(S) DOCKETED:**
  not for publication
**DOCKET PART(S) ADDED:** 6485574, 6485575, 6485576