# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2683
_____

Gabriel Gonzalez

Plaintiff - Appellant

v.

Gene Beasley, Warden, Forrest City Low; Carlos Rivera, Warden, Forrest City Low; Susan Gaither-Miller, Associate Warden's Secretary, Forrest City Low; Michael Kruger, Assistant Health Services Administrator; Does

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Helena
(2:18-cv-00091-BSM)
_____

## JUDGMENT

Before LOKEN, BEAM, and COLLOTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 06, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, March 6, 2020 8:36 AM |
| **Subject:** | 19-2683 Gabriel Gonzalez v. Gene Beasley, et al "judgment filed sua sponte affirmed" (2:18-cv-00091-BSM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 03/06/2020

| | |
|---|---|
| **Case Name:** | Gabriel Gonzalez v. Gene Beasley, et al |
| **Case Number:** | 19-2683 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion JAMES B. LOKEN, C. ARLEN BEAM and STEVEN M. COLLOTON Scrg Feb 2020 [4888611] [19-2683] (Clifford Jackson)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

Ms. Stacey E. McCord, Assistant U.S. Attorney: stacey.mccord@usdoj.gov, vanessa.collins@usdoj.gov, maria.altadonna@usdoj.gov (*daily summary*)

**Notice will be mailed to:**

Gabriel Gonzalez
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Forrest City, AR 72336-9000

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_192683_4888611_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/06/2020] [FileNumber=4888611-0]
[8bef9330b85ff64881162b1cd2d8c647e2359254658f350bdddf46c5e14419c1e0b66c791c588ce00db7d3fff45f63fbc7a2a

865268b52fd442daadd4a235bf9]]

**Recipients:**

- Gabriel Gonzalez
- Ms. Stacey E. McCord, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4888611
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 6485588, 6485589, 6485590